IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **RIKINKUMAR CHIMANBHAI PATEL,** | § § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-746-KC |
| **WARDEN, ERO EL PASO CAMP EAST MONTANA, et al.,** | § § § § | |
| Respondents. | § | |

**ORDER**

On this day, the Court considered Rikinkumar Chimanbhai Patel's Petition for a Writ of Habeas Corpus, ECF No. 1.  Patel is detained at the ERO El Paso Camp East Montana facility in El Paso, Texas.  *Id.* ¶ 7.  Patel has been in the country since 2009 and was apprehended and detained by immigration authorities for the first time about four months ago.  *Id.* ¶¶ 1, 3.  Patel requested a bond hearing, but his request was denied.  *Id.* ¶ 6.

Patel extensively briefs the issue of his detention and argues that "the mandatory detention provision of § 1225(b)(2) does not apply" to him because he "entered the U.S. more than six years ago."  *Id.* ¶¶ 28–46.  Indeed, this Court has found a procedural due process violation in various cases with petitioners in materially indistinguishable circumstances.  *See, e.g.*, *Martinez v. Noem*, No. 3:25-cv-430-KC, 2025 WL 2965859, at *1–5 (W.D. Tex. Oct. 21, 2025).  Despite extensively briefing the issue, it is unclear whether Patel is requesting a bond hearing or release.  *See generally Pet.*  In his prayer, Patel only explicitly requests that he be transferred to the "Buffalo (Batavia) Federal Detention Facility" and that he be given "nutritionally appropriate vegetarian" meals.  *Id.* at 12.  Patel requests this relief under the First

Amendment and the Americans with Disabilities Act.  *Id.* ¶¶ 54–58.  Although not included in the prayer for relief, Patel elsewhere "requests that this Court order his immediate release from custody or provide him with a bond hearing within seven days," but incongruously makes this request under the First Amendment on free exercise grounds—apparently alluding to his claim that he is being wrongly denied a vegetarian diet.  *Id.* ¶ 56.  Lastly, Patel generally requests "any further relief this Court deems just and proper."  *Id.* at 12.

Therefore, the Court **ORDERS** that Patel may **FILE** an amended petition, **by no later than January 14, 2026**.  If Patel wishes to seek release from custody or a bond hearing before an immigration judge, he must do so explicitly, and state the legal basis for his request.  If Patel does not file an amended petition by January 14, 2026, the Court will proceed with the Petition as currently pled.

**SO ORDERED**.

**SIGNED this 7th day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE