IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RIKINKUMAR CHIMANBHAI PATEL, | § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-746-KC |
| WARDEN, ERO EL PASO CAMP EAST MONTANA, et al., | § § § § | |
| Respondents. | § § | |

**ORDER**

On this day, the Court considered Rikinkumar Chimanbhai Patel's Amended Petition for a Writ of Habeas Corpus, ECF No. 7. On January 15, 2026, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted and stated it would order additional briefing deadlines, if necessary, upon review of the show cause response. Jan. 15, 2025, Order 3, ECF No. 9.

Respondents now argue that Patel is not entitled to any habeas relief because this Court cannot review an Immigration Judge's ("IJ") decision to deny bond, and that Patel's remaining claims are not properly brought through a habeas petition. Resp. 1, ECF No. 10. Thus, further briefing is necessary to adjudicate this Petition.

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** a reply addressing Respondents' arguments by **no later than February 3, 2026**.

**SO ORDERED**.

SIGNED this 27th day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE